# EXHIBIT A

## Invoice Itemization for Amounts Owed by Defendants

55761227.1
389590-00014

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Retina Associates SW PC**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 11238 | 4270394 | 2/14/2023 | 3/16/2023 | $ 34,560.00 | $ 34,560.00 |
| | | | Totals: | $ 34,560.00 | $ 34,560.00 |